IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11-CR-00170-BRW

BILLY JOE CHAMBERS

## ORDER

Defendant's *Pro Se* Motion to Amend Judgment (Doc. No. 10) and Motion for Reconsideration (Doc. No. 11) are DENIED.

IT IS SO ORDERED this 12th day of December, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE